# EXHIBIT B

US00D684235S

| (12) | United States Design Patent | (10) Patent No.: | US D684,235 S |
|---|---|---|---|
| | Riddell | (45) Date of Patent: ** | Jun. 11, 2013 |

(54) **ELECTRIC DETERRENT DEVICE**

(71) Applicant: **Bird Barrier America, Inc.**, Carson, CA (US)

(72) Inventor: **Cameron A. Riddell**, Carson, CA (US)

(73) Assignee: **Bird Barrier America, Inc.**, Carson, CA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/439,696**

(22) Filed: **Dec. 13, 2012**

**Related U.S. Application Data**

(63) Continuation of application No. 12/360,361, filed on Jan. 27, 2009, which is a continuation of application No. 10/729,330, filed on Dec. 4, 2003, now Pat. No. 7,481,021.

(51) **LOC (9) Cl.** ................................................. **22-06**
(52) **U.S. Cl.**
     USPC ......................................................... **D22/119**
(58) **Field of Classification Search**
     USPC .................... D25/38.1; 52/101, 244; 256/11, 256/3, 59; D22/119; 119/650, 908
     See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 1,956,639 A | 5/1934 | Dana et al. |
| 1,976,721 A | 10/1934 | Gengler |
| 2,647,228 A | 7/1953 | Just |
| 2,989,789 A | 6/1961 | Cohn |
| 3,294,893 A | 12/1966 | Shaffer |
| 3,320,354 A | 5/1967 | Marley et al. |
| 3,366,854 A | 1/1968 | Robinson |
| 3,622,685 A | 11/1971 | Crowl |
| 3,717,802 A | 2/1973 | Plevy et al. |
| 4,015,176 A | 3/1977 | Shanahan et al. |
| 4,111,400 A | 9/1978 | Enoksson |
| 4,186,512 A | 2/1980 | Berg |
| 4,274,123 A | 6/1981 | Rogers, Jr. |
| 4,299,048 A | 11/1981 | Bayes |
| 4,352,007 A | 9/1982 | Baker et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

| DE | 3930012 A1 | 3/1991 |
| DE | 4127774 A1 | 2/1993 |

(Continued)

OTHER PUBLICATIONS

Bird Barrier America, Inc., pp. 16-17 of its 1997 Catalog, published in the United States.

(Continued)

*Primary Examiner* — Doris Clark
(74) *Attorney, Agent, or Firm* — Dickstein Shapiro LLP

(57) **CLAIM**

The ornamental design for an electric deterrent device, substantially as shown and described.

**DESCRIPTION**

FIG. **1** is a front perspective view of an electric deterrent device showing my new design;
FIG. **2** is an end view thereof;
FIG. **3** is an end view thereof (the opposite end of FIG. 2);
FIG. **4** is a right side view thereof;
FIG. **5** is a left side view thereof; and,
FIG. **6** is a top view thereof.
The bottom view is unornamented and/or unclaimed, and is therefore not provided. The broken lines are for illustrative purposes only and form no part of the claimed design.

**1 Claim, 2 Drawing Sheets**



## US D684,235 S
Page 2

### U.S. PATENT DOCUMENTS

| Patent No. | Date | Name |
|---|---|---|
| 4,471,561 A | 9/1984 | Lapierre |
| 4,475,141 A | 10/1984 | Antonevich |
| 4,494,733 A | 1/1985 | Olsson |
| 4,533,120 A | 8/1985 | Ruddock |
| 4,706,941 A | 11/1987 | Sherdan |
| 4,747,229 A | 5/1988 | Chambers |
| 4,839,984 A | 6/1989 | Saunders et al. |
| 4,861,645 A | 8/1989 | Standing |
| 4,862,637 A | 9/1989 | Dressel |
| 4,949,216 A | 8/1990 | Djukastein |
| 5,007,196 A | 4/1991 | Saunders et al. |
| 5,019,438 A | 5/1991 | Rapisarda |
| 5,031,353 A | 7/1991 | Gardiner |
| 5,036,166 A | 7/1991 | Monopoli |
| 5,049,704 A | 9/1991 | Matouschek |
| 5,095,646 A | 3/1992 | Bunkers |
| 5,096,162 A | 3/1992 | Cleveland |
| 5,107,620 A | 4/1992 | Mahan |
| 5,151,319 A | 9/1992 | Schoutteten |
| 5,158,039 A | 10/1992 | Clark |
| 5,163,658 A | 11/1992 | Cleveland |
| 5,253,444 A | 10/1993 | Donoho et al. |
| 5,357,049 A | 10/1994 | Plummer, III |
| 5,366,780 A | 11/1994 | Rapisarda |
| 5,430,255 A | 7/1995 | Downie et al. |
| 5,433,029 A | 7/1995 | Donoho et al. |
| 5,570,537 A | 11/1996 | Black et al. |
| 5,677,674 A | 10/1997 | Wolf |
| 5,835,332 A | 11/1998 | White et al. |
| 5,850,808 A | 12/1998 | Burdick |
| 5,957,434 A | 9/1999 | Nilsson |
| 6,006,698 A | 12/1999 | Negre |
| 6,145,236 A | 11/2000 | King |
| 6,250,023 B1 | 6/2001 | Donoho |
| 6,283,064 B1 | 9/2001 | Djukastein et al. |
| 6,314,914 B1 | 11/2001 | Betzen |
| 6,332,262 B1 | 12/2001 | Sakamoto |
| 6,341,550 B1 | 1/2002 | White |
| 6,371,054 B1 | 4/2002 | Celata et al. |
| 6,457,283 B1 | 10/2002 | Jensen |
| 6,472,602 B1 | 10/2002 | Pokrandt |
| 6,477,027 B1 | 11/2002 | McKelvy |
| D485,598 S  * | 1/2004 | Wanser ..................... D22/119 |
| 2001/0015426 A1 | 8/2001 | Bellon |
| 2001/0048053 A1 | 12/2001 | Donoho |
| 2002/0066895 A1 | 6/2002 | Wildschut |
| 2002/0092481 A1 | 7/2002 | Spooner |
| 2003/0172575 A1 | 9/2003 | Donoho |
| 2003/0208967 A1 | 11/2003 | Riddell |
| 2004/0173786 A1 | 9/2004 | Robbins, III |
| 2004/0255837 A1 | 12/2004 | Donoho |
| 2005/0132635 A1* | 6/2005 | Riddell .......................... 43/98 |
| 2005/0150469 A1 | 7/2005 | Wolfgram |

### FOREIGN PATENT DOCUMENTS

| Country | Number | Date |
|---|---|---|
| DE | 199544117 A1 | 5/1997 |
| EP | 0592054 A1 | 4/1994 |
| EP | 1205589 | 5/2002 |
| EP | 1 314 355 A2 | 5/2003 |
| GB | 1 207 496 | 10/1970 |
| JP | 08256666 A | 10/1996 |
| JP | 11155463 A | 6/1999 |
| JP | 11289959 A | 10/1999 |
| JP | 11346634 A | 12/1999 |
| JP | 200032901 A | 2/2000 |
| JP | 200200163 | 1/2002 |
| JP | 2002017235 A | 1/2002 |
| JP | 2002119193 A | 4/2002 |
| JP | 2003219788 | 8/2003 |
| WO | WO-84/04022 | 10/1984 |
| WO | WO-9320689 | 10/1993 |
| WO | WO-95/08915 | 4/1995 |
| WO | WO-2004021780 A1 | 3/2004 |

### OTHER PUBLICATIONS

Bird Barrier America, Inc., pp. 24-25 of its 2001 Catalog, published in the United States.

* cited by examiner

**U.S. Patent**  Jun. 11, 2013  Sheet 1 of 2  US D684,235 S



FIG. 1

FIG. 2

FIG. 3

FIG. 4

FIG. 5



FIG. 6